IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SOVEREIGNTY JOESEPH HELMUELLER
SOVEREIGN FREEMAN,

                Plaintiff,

  v.

TODD HALLET, CHRIS DROST,
and GAVIN VATSNDALE,

                Defendants.

ORDER

22-cv-463-jdp

---

      This order concerns the filing fees for three lawsuits filed by plaintiff Sovereignty Joeseph Helmueller Sovereign Freeman, who formerly went by the name Andrew Jacob Helmueller in previous cases filed in this court.

      Helmueller's original complaint under this case number contained allegations about two unrelated issues: (1) in December 2019, defendant Officers Todd Hallet and Chris Drost failed to respond to Helmueller's complaints of heart pain; and (2) in February 2020, defendant Officer Gavin Vatsndale shoved him. I directed Helmueller to choose which of the lawsuits he meant to bring under this case number. I eventually dismissed this case after Helmueller appeared to choose his lawsuit against Vatsndale, which I concluded failed to state a claim upon which relief could be granted. Helmueller filed a second lawsuit against Vatsndale, No. 22-cv-573-jdp, which I dismissed as a duplicate of the '463 case, and I waived Helmueller's filing fee for that case. Dkt. 3 in the '573 case. I later severed Helmueller's allegations against Hallet and Drost into a third lawsuit, No. 22-cv-693-jdp, after Helmueller explained that the document docketed as his original complaint was meant to be two separate complaints. Dkt. 10 in the '463 case.

Helmueller has not made an initial partial payment of the filing fee for the '693 case. Instead, Helmueller has filed motions in both the '463 and '693 cases stating that he should not have to pay a filing fee for his third case because he has already made two initial partial payments for the first two cases, and he requests that his payments in the '573 case be transferred to the '693 case. I agree that Helmueller owes only two filing fees for these three cases because it was unnecessary for him to file the duplicative '573 case. But I have already waived the filing fee for the '573 case, so Helmueller has not made an initial partial payment in that case and there are no payments to transfer to the '693 case.

Helmueller still owes an initial partial payment of $13.50 for the '693 case before the court can screen his complaint. I will give him a short time to make that payment. If he fails to do so by the deadline set below, the case will be closed.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion to transfer filing fees, Dkt. 12, is DENIED.

2. Plaintiff's remaining motions in the '463 and '693 cases are DENIED.

3. Plaintiff may have until January 19, 2023, to make his initial partial payment of the filing fee for the '693 case.

Entered January 5, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge